

**SO ORDERED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

_____
**Margie Enquist**
**Jefferson District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

---

| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br>Court Address:<br>100 Jefferson County Parkway<br>Golden, CO 80401<br><br>**PLAINTIFF:** HOLLY MACINTYRE<br><br>v.<br><br>**DEFENDANTS:** JP MORGAN CHASE NA as Servicer, *et al.* | ▲ COURT USE ONLY ▲ |
| | Case Number: 2012cv1292<br><br>Division: |

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR JPMORGAN CHASE BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT

THE COURT, having reviewed Defendant JPMorgan Chase Bank, National Association's ("Chase") Unopposed Motion for Extension of Time to Respond to Plaintiff Holly MacIntyre's Request for Preliminary Injunction Complaint for Quiet Title (the "Complaint"), and being fully advised in the premises, and good cause shown therefor, HEREBY

ORDERS that the Motion shall be and is hereby GRANTED. Chase shall have an extension of time, through and including May 10, 2012, to file its response to the Complaint.

DONE and ENTERED this ___ day of _____, 2012.

BY THE COURT:

_____
District Court Judge

4813-8691-6623.1

This document constitutes a ruling of the court and should be treated as such.

| | |
|---:|:---|
| **Court:** | CO Jefferson County District Court 1st JD |
| **Judge:** | Margie Enquist |
| **File & Serve Transaction ID:** | 43930119 |
| **Current Date:** | Apr 30, 2012 |
| **Case Number:** | 2012CV1292 |
| **Case Name:** | MACINTYRE, HOLLY vs. JP MORGAN CHASE AS SERVICER et al |
| **Court Authorizer:** | Margie Enquist |

**/s/ Judge Margie Enquist**