

**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

**Margie Enquist**
**Jefferson District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

EFILED Document
CO Jefferson County District Court 1st JD
Filing Date: Jul 18 2012  8:59AM MDT
Filing ID: 45401968
Review Clerk: Roxanna M C

| | |
|---|---|
| DISTRICT COURT JEFFERSON COUNTY<br>STATE OF COLORADO<br><br>Court Address:     100 Jefferson County Parkway<br>                              Golden, CO 80401 | |
| Holly MacIntyre,<br><br>           Plaintiff,<br><br>v.<br><br>CHASE et al,<br><br>           Defendants. | ▲ COURT USE ONLY ▲<br><br>_____<br>Case Number:<br>2012cv1292<br>Div.:  8 |
| Attorney for the Plaintiff:<br>Law Office of John W. Swanson<br>John W. Swanson, ARN 16229<br>34 S. Holman Way 2F<br>Golden, CO 80401<br>Tele: (720) 300-8328<br>Fax: (303) 270-1008<br>Swansonjohn2@gmail.com | |

## PROPOSED ORDER

      This Court after having reviewed the parties Substitution of Counsel and after having reviewed any responsive pleading, and after having reviewed the court file makes the following Order:

It is hereby ordered that Gary Fielder is withdrawn and John Swanson is entered on the case.

By the Court this ___day of July, 2012

_____
Hon. District Court Judge

1

This document constitutes a ruling of the court and should be treated as such.

|                              |                                                       |
|-----------------------------:|-------------------------------------------------------|
| **Court:**                   | CO Jefferson County District Court 1st JD             |
| **Judge:**                   | Margie Enquist                                        |
| **File & Serve Transaction ID:** | 45400550                                          |
| **Current Date:**            | Jul 18, 2012                                          |
| **Case Number:**             | 2012CV1292                                            |
| **Case Name:**               | MACINTYRE, HOLLY vs. JP MORGAN CHASE AS SERVICER et al |
| **Court Authorizer:**        | Margie Enquist                                        |

**/s/ Judge Margie Enquist**