**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

**Margie Enquist**
**Jefferson District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

DISTRICT COURT, JEFFERSON COUNTY
STATE OF COLORADO

Court Address: 100 Jefferson County Parkway
Golden, CO 80401

^Court Use Only^

Holly MacIntyre,

    Plaintiff,

v.

JPMorganCHASE et al,

    Defendants.

Case No: **2012cv1292**
Division:

Attorney for the Plaintiff:
Law Office of John W. Swanson
John W. Swanson, ARN 16229
34 S. Holman Way 2F
Golden, CO 80401
Tele: (720) 300-8328
Fax: (303) 270-1008
Swansonjohn2@gmail.com

## PROPOSED ORDER

    This Court after having reviewed the Plaintiff's Motion for an Order to serve by publication, and after having reviewed any responsive pleading, and after having reviewed the court file makes the following Order:

It is hereby ordered that Plaintiff may serve unknown parties by publication.

By the Court this ___day of August, 2012

_____
Hon. District Court Judge

1

This document constitutes a ruling of the court and should be treated as such.

| | |
|---:|:---|
| **Court:** | CO Jefferson County District Court 1st JD |
| **Judge:** | Margie Enquist |
| **File & Serve Transaction ID:** | 45931359 |
| **Current Date:** | Aug 22, 2012 |
| **Case Number:** | 2012CV1292 |
| **Case Name:** | MACINTYRE, HOLLY vs. JP MORGAN CHASE AS SERVICER et al |
| **Court Authorizer:** | Enquist, Margie |

**/s/ Judge Enquist, Margie**