

**SO ORDERED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

_____
**Margie Enquist**
**Jefferson District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br>Court Address:<br>100 Jefferson County Parkway<br>Golden, CO 80401 | |
|---|---|
| **PLAINTIFF:** HOLLY MACINTYRE<br><br>v.<br><br>**DEFENDANTS:** JP MORGAN CHASE NA as Servicer, *et al.* | ▲COURT USE ONLY▲ |
| | Case Number: 2012cv1292<br><br>Division: |
| **ORDER GRANTING UNOPPOSED MOTION TO SET BANK DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** | |

THE COURT, having reviewed Defendants JPMorgan Chase Bank, National Association, U.S. Bank National Association, as Trustee for WAMU Mortgage Pass-Through Certificates, Series 2003-S12, Washington Mutual Mortgage Securities Corp. and Fannie Mae's (collectively, the "Bank Defendants") Unopposed Motion to Set the Bank Defendants' Deadline to Respond to Plaintiff Holly MacIntyre's Complaint (the "Motion") and, being fully advised in the premises, and good cause shown therefor, HEREBY

ORDERS that the Motion shall be and is hereby GRANTED. The Bank Defendants shall respond to Plaintiff's Complaint on or before September 14, 2012.

DONE and ENTERED this ___ day of _____, 2012.

BY THE COURT:

_____
District Court Judge

4847-0823-7840.1

This document constitutes a ruling of the court and should be treated as such.

| | |
|---|---|
| **Court:** | CO Jefferson County District Court 1st JD |
| **Judge:** | Margie Enquist |
| **File & Serve Transaction ID:** | 45966111 |
| **Current Date:** | Sep 14, 2012 |
| **Case Number:** | 2012CV1292 |
| **Case Name:** | MACINTYRE, HOLLY vs. JP MORGAN CHASE AS SERVICER et al |
| **Court Authorizer:** | Enquist, Margie |

**/s/ Judge Enquist, Margie**