

**SEE ATTACHED ORDER**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

_____
**Margie Enquist**
**Jefferson District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

EFILED Document
CO Jefferson County District Court 1st JD
Filing Date: Sep 24 2012 11:18AM MDT
Filing ID: 46602957
Review Clerk: Roxanna M C

| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br>Court Address:<br>100 Jefferson County Parkway<br>Golden, CO  80401<br><br>**PLAINTIFF:** HOLLY MACINTYRE<br><br>v.<br><br>**DEFENDANTS:**  JP MORGAN CHASE NA as Servicer, *et al.* | |
| | ▲COURT USE ONLY▲ |
| | Case Number:  2012cv1292<br><br><br>Division: |
| **[PROPOSED] ORDER GRANTING THE BANK DEFENDANTS' MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** | |

   THE COURT, having reviewed Defendants JPMorgan Chase Bank, National Association, incorrectly named in the caption as "JP Morgan Chase NA as Servicer", U.S. Bank National Association, as Trustee for WAMU Mortgage Pass-Through Certificates, Series 2003-S12, Washington Mutual Mortgage Securities Corp. and Fannie Mae's (collectively, the "Bank Defendants") Motion for Second Extension of Time to Respond to Plaintiff's Complaint (the "Motion"), and being fully advised in the premises and good cause shown therefor, HEREBY

   ORDERS that the Motion shall be and is hereby GRANTED.  The Bank Defendants shall have an extension of time, through and including September 28, 2012, to respond to Plaintiff's Complaint.

   DONE and ENTERED this _____ day of _____, 2012.

                     BY THE COURT:

                     _____
                     District Court Judge

4847-2110-3377.1

This document constitutes a ruling of the court and should be treated as such.

| | |
|---|---|
| **Court:** | CO Jefferson County District Court 1st JD |
| **Judge:** | Margie Enquist |
| **File & Serve Transaction ID:** | 46461801 |
| **Current Date:** | Sep 24, 2012 |
| **Case Number:** | 2012CV1292 |
| **Case Name:** | MACINTYRE, HOLLY vs. JP MORGAN CHASE AS SERVICER et al |
| **Court Authorizer:** | Enquist, Margie |

**Court Authorizer Comments:**

Amended Complaint is deemed filed as of September 14, 2012 and the time for an answer shall be calculated from that date.
//
No Further extensions shall be given, absent a showing of extraordinarily good cause.

**/s/ Judge Enquist, Margie**