IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02586-WJM-MEH

HOLLY MACINTYRE,

    Plaintiff,

v.

JP MORGAN CHASE BANK, NATIONAL ASSOCIATION,
U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE OF WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2003-S12, POSSIBLY INACTIVE,
WASHINGTON MUTUAL MORTGAGE SECURITIES CORP., and
FANNIE MAE,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 15, 2012.**

    Having no objection from the Plaintiff, the Bank Defendants' Motion for a More Definite Statement Pursuant to Fed. R. Civ. P. 12(e) [filed October 5, 2012; docket #14] is **granted as follows**. The Plaintiff concedes that a more definite statement is necessary in this case; therefore, the Plaintiff shall file a Second Amended Complaint to correct the defects and make Defendants' suggested changes **on or before October 22, 2012**. The Second Amended Complaint will supercede the current operative pleading in this case. Defendants shall file an answer or other response to the Second Amended Complaint in accordance with Fed. R. Civ. P. 15(a).