IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02586-WJM-MEH

HOLLY MACINTYRE,

    Plaintiff,

v.

JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, and
the heirs, successors, devisees, personal representatives, and estates of any of the persons above-named who may be deceased, and Any and All Unknown Persons or entities who claim any interest in real property which is the subject matter of this action,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 18, 2013.**

    Plaintiff's Motion to Amend Second Amended Complaint Pursuant to Fed. R. Civ. P. 15(a)(2) [filed April 17, 2013; docket #64] is **denied without prejudice**. Without an attached proposed amended pleading, the Court cannot determine whether justice requires the requested amendment.