**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-02586-WJM-MEH

HOLLY MACINTYRE,

    Plaintiff,

v.

JP MORGAN CHASE BANK,

    Defendant.

---

## AMENDED FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered during the pendency of the case, and the Order Granting In Part and Denying In Part Plaintiff's Motion To Alter Or Amend Judgment, it is

ORDERED that the Court's Order Adopting the February 21, 2014 Recommendation of the Magistrate Judge and Granting Defendant's Motion to Dismiss (ECF No. 126) is VACATED.

IT IS FURTHER ORDERED that the February 21, 2014 Recommendation of the Magistrate Judge (ECF No. 117) is ADOPTED IN PART as to the *Colorado River* doctrine and REJECTED IN PART as to the *Younger* abstention doctrine.

IT IS FURTHER ORDERED that the Defendant's Motion to Dismiss Third Amended Complaint (ECF No. 110) is GRANTED.

IT IS FURTHER ORDERED that an Amended Final Judgment is entered against Plaintiff and in favor of Defendant.

IT IS FURTHER ORDERED that Defendant is awarded costs upon the filing of a Bill of Costs with the Clerk of Court within fourteen days' entry of Final Judgment.

Dated at Denver, Colorado this 20th day of March 2015.

BY THE COURT: FOR THE COURT
JEFFREY P. COLWELL, CLERK

_____  By: s/Deborah Hansen
William J. Martínez   Deborah Hansen, Deputy Clerk
United States District Judge